UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIRLIN T., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, Acting )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Civil Case No.<br>1:20-cv-960 (RJL-GMH) |

**MEMORANDUM OPINION**
(August 4, 2022) [Dkts. ##9, 10]

On August 24, 2021, Magistrate Judge G. Michael Harvey's [15] Report and Recommendation was entered. The parties then had 14 days to file objections to the recommendations made by the Magistrate Judge. Local Civil Rule 72.3(b). No objections have been filed as of this date. Upon careful consideration of the record in this case and of Magistrate Judge Harvey's [15] Report and Recommendation, the Court ADOPTS and ACCEPTS the Report and Recommendation in full.

Accordingly, the Court shall **GRANT IN PART** plaintiff's [9] Motion for Judgment of Reversal to the extent that it seeks remand to the Social Security Administration for further administrative proceedings and **DENY IN PART** plaintiff's motion to the extent that it seeks reversal. The Court shall **DENY** defendant's [10] Motion for Judgment of Affirmance. The Court further **REMANDS** this action to the Commissioner for further proceedings consistent with this opinion and the adopted

Report and Recommendation of Magistrate Judge Harvey.

An appropriate Order accompanies this Memorandum Opinion.

_____
RICHARD J. LEON
United States District Judge